UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRAMELL BLEDSOE,<br>　　　　　　Petitioner,<br><br>　　v.<br><br>UNITED STATES OF AMERICA,<br>　　　　　　Respondent. | :<br>:<br>:　　No. 2:07-cr-00165<br>:　　No. 2:19-cv-04151<br>:<br>:<br>: |

# **O R D E R**

**AND NOW**, this 6th day of July, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1.　　Tramell Bledsoe's successive motion pursuant to 28 U.S.C. § 2255, *see* ECF Nos. 363, 381, 383, is **DENIED on the merits, in part, and DISMISSED for lack of jurisdiction, in part.**

2.　　Any and all other claims asserted in any of Tramell Bledsoe's other filings, *see, e.g.*, ECF No. 395, are **DIMISSED for lack of jurisdiction.**

3.　　This case is **CLOSED**.

4.　　There is no basis for the issuance of a certificate of appealability or an evidentiary hearing.

　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*
　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　United States District Judge