UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    :
                             :
        v.                   :    No. 07-cr-0165-01
                             :
TRAMELL BLEDSOE,             :

**O R D E R**

**AND NOW**, this 28th day of April, 2022, upon consideration of the Defendant's motion for compassionate release, *see* ECF No. 445, the Government's response in opposition, *see* ECF No. 446, and for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

The Defendant's motion, ECF No. 445, is **DENIED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

042822